IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:14CR255 |
| vs. | ) | ORDER |
| AMBER HUGHES, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Amber Hughes (Hughes) for a substance abuse screening (Filing No. 28).  The motion is granted.  Pretrial Services shall arrange for a substance abuse evaluation and screening for placement in a suitable rehabilitation program.

**IT IS SO ORDERED.**

DATED this 19th day of August, 2014.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge